IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK LOREN LUCERO                                         PLAINTIFF

V.                    CASE NO. 4:18-CV-80-JM-BD

CLAYTON EDWARDS, et al.                                      DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Lucero's claims are DISMISSED, without prejudice. The Court certifies that this dismissal constitutes a "strike" for purposes for 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous.

IT IS SO ORDERED, this 9th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE